# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00134-REB-OES

ANNA CAPANNA,

    Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, LTD, a New Jersey corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On June 6, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#19]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#19] filed on June 6, 2006, **IS APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for July 20, 2007, is **VACATED**; and

2

    4.  That the jury trial set to commence August 6, 2007, is **VACATED**.

Dated June 7, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**